No. 64896.—Alfred H. Marzolf et al. *v.* United States, protests 329874–K, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

No. 64897.—A. V. Olssen Trading Co., Inc., et al. *v.* United States, protests 58/18268, etc. (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

No. 64898.—Canada Packers, Inc., et al. *v.* United States, protests 59/15969, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiffs was sustained.

No. 64899.—Associated Commercial Co. et al. *v.* United States, protests 726794–G, etc. (Portland, Oreg.).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.,* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 17, 1960

No. 64900.—Sprouse-Reitz Co., Inc., and Frank P. Dow Co., Inc., et al. *v.* United States, protests 326144–K, etc. (Portland, Oreg.).